IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                :
                                      :   Case No. 10-63941
Romano R. Cionni, Sr.                 :   Chapter 11
Donna J. Cionni,                      :   Judge John E. Hoffman
                                      :
    Debtors.                          :

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2011, a copy of Debtors' Operating Report for February, 2011 was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

U.S. Trustee's Office

and on the following by **ordinary U.S. Mail** addressed to:

/s/ Thomas McK. Hazlett
Thomas McK. Hazlett (#0020448)
HAZLETT LAW OFFICES
185 W. Main Street
St. Clairsville, OH 43950
Telephone: (740) 695-9202
Facsimile: (740) 695-9211
E-mail: susie@hazlettlawoffice.com
Attorney for Debtors

###

February 2011 Pg 1

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Romano R Cionni, SR
       Donna J. Cionni,
             Debtor

Case No. 10-63941

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: February 2011                                Date filed:
Line of Business:                                   NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Romano R Cionni SR
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

|     |                                                                                                                            | Yes | No    |
| --- | -------------------------------------------------------------------------------------------------------------------------- | --- | ----- |
| 1.  | IS THE BUSINESS STILL OPERATING?                                                                                           | ☑   | ☐     |
| 2.  | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                                                           | ☑   | ☐     |
| 3.  | DID YOU PAY YOUR EMPLOYEES ON TIME?                                                                                        | ☐   | ☐ N/A |
| 4.  | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?                                     | ☑   | ☐     |
| 5.  | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                                               | ☐   | ☐ N/A |
| 6.  | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                                               | ☐   | ☐ N/A |
| 7.  | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                                                   | ☑   | ☐     |
| 8.  | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                                                | ☑   | ☐     |
| 9.  | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                                                         | ☑   | ☐     |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                                                 | ☐   | ☑     |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                                                 | ☐   | ☑     |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐   | ☐ N/A |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                                             | ☐   | ☑     |

February 2011  pg 2

B 25C (Official Form 25C) (12/08)                                                        Page 2

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?          ☐    ☐  N/A
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?           ☐    ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?                    ☐    ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?         ☐    ☐  N/A
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?      ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?                                                           ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)

TOTAL INCOME  $ 13,961.50

SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month                                   $ 8,605.96
Cash on Hand at End of Month                                     $ 13,077.04

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ 13,077.04

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL EXPENSES  $ 9,590.02

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)                      $ 13,961.50
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)                    $ 9,590.02

(Subtract Line C from Line B)   CASH PROFIT FOR THE MONTH        $ 4,371.48

February 2011 pg 3

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL PAYABLES $ 0

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL RECEIVABLES $ 0

(Exhibit E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

(Exhibit F)

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   0
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   0

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $ 0

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $ 0

*February 2011 pg 4*

B 25C (Official Form 25C) (12/08)

Page 4

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 13,458.42 | $ 13,961.50 | $ 503.08 |
| EXPENSES | $ 11,849.94 | $ 9,590.02 | $ 2,259.92 |
| CASH PROFIT | $ 1,608.48 | $ 4,371.48 | $ 2,763.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 13,458.42
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 11,849.94
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 1,608.48

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.