JEH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2011 APR 11 PM 3: 26

KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

**CREDITOR CHANGE OF ADDRESS**

Case No.: 10-63941        Chapter: 11

Case Name: In re Romano Cionni, Donna Cionni, Debtors

**Creditor Name:** Casco Bay Financial Co., LLC

**NEW** Mailing Address: c/o Daniel J. Quigley
Rusing & Lopez, P.L.L.C
6262 North Swan Road, Suite 100
Tucson, Arizona 85718

**OLD** Mailing Address: c/o Daniel J. Quigley
2730 E. Broadway, Suite 160
Tucson, Arizona 85716

Creditor Signature:

CASCO BAY FINANCIAL CO., LLC

By: _____ Todd W. Gpitts Manager/Sr. V.P.
Its: Manager/Sr. V.P.

Date: 4/5/11