**UNITED STATES BANKRUPCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: :
: Case No. 10-63941
ROMANO R. CIONNI, SR. : Chapter 11
DONNA J. CIONNI : Judge Hoffman
:
Debtor. :

## NOTICE OF SUBSTITUTION OF COUNSEL FOR THE DEBTORS

Now comes Romano R. Cionni, Sr., and Donna J. Cionni, the debtors and debtors-in-possession (the "Debtors"), and in accordance with Local Bankruptcy Rule 2091-1, hereby give notice that Myron N. Terlecky and the law firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA ("SHLMT") are substituted as counsel for the Debtors.

Respectfully submitted,

  /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH  43215
Telephone  (614) 228-6345
Facsimile  (614) 228-6369
Attorneys for Debtor


APPROVED:

  /s/ Romano R. Cionni, Sr.
Romano R. Cionni, Sr.

  /s/ Donna J. Cionni
Donna J. Cionni

(Approvals continue on next page)

APPROVED:

__/s/ Thomas McK. Hazlett_per email authorization 6-9-11____
Thomas McK. Hazlett (0020448)
HAZLETT LAW OFFICES
185 West Main Street
St. Clairsville, OH 43950
Telephone  (740) 695-9202
Facsimile  (740) 695-9211

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2011, a copy of the foregoing NOTICE OF SUBSTITUION OF COUNSEL FOR THE DEBTORS was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- United States Trustee
- Daniel Craine
- Thomas McK Hazlett
- Dennis R Williams
- Holly N Wolf

and by **ordinary U.S. Mail** addressed to the Debtors and all creditors and parties in interest as set forth on the attached mailing matrix

    /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:10-bk-63941<br>Southern District of Ohio<br>Columbus<br>Wed Jun  8 10:55:22 EDT 2011 | Casco Bay Financial Co., LLC<br>c/o Daniel J. Quigley<br>Rusing & Lopez P.L.L.C.<br>6262 North Swan Road, Suite 100<br>Tuscon, AZ 85718-3600 | EMC Mortgage Corporation<br>JP Morgan Chase Bank, NA<br>Chase Records Center<br>Mail Cod LA4-5555 700 Kansas Lane<br>Monroe, LA 71203 |
| Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | State Resources Corp.<br>4848 S. 131st<br>Omaha, NE 68137-1822 | United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 |
| AAA Financial Services<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Alica M. Pfeffer<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Casco Bay Financial Co. LLC<br>c/o Daniel J. Quigley, Esq.<br>2730 E. Broodway, Ste. 160<br>Tucson, AZ 85716-5384 | Chase Auto Finance<br>PO Box 901032<br>Fort Worth, TX 76101-2032 |
| Citi Card<br>111 Sylvan Avenue<br>Englewood Cliffs, NJ 07632-1514 | Coolidge Property First Mtg.<br>Coolidge Gateway Manor<br>8485 E. Dixileta Dr., Stuido A<br>Scottsdale, AZ 85266-2213 | Coolidge Property First Mtg. LLC<br>8485 E. Dixileta Dr., Studio A<br>Scottsdale, AZ 85266-2213 |
| Coolidge Property First Mtg., LLC<br>Coolidge Gateway Manor<br>8485 E. Dixileta Drive, Stuidio A<br>Scottsdale, AZ 85266-2213 | Copper Star Bank<br>20565 North 19th Avenue<br>Phoenix, AZ 85027-3563 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH  430543025 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Douglas L. Pfeffer<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 | EMC Mortgage<br>PO Box 293150<br>Lewisville, TX 75029-3150 |
| FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK  731248809 | Hilton Financial Corp.<br>11024 N. 28th Street, Ste. 170<br>Phoenix, AZ 85028 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LSC<br>6560 Greenwood Plaza, #325<br>Englewood, CO 80111-7104 | Parkvale Bank<br>4220 William Penn Highway<br>Monroeville, PA 15146-2734 | Parkvale Savings Bank<br>4220 William Penn Highway<br>Monroeville, PA 15146-2774 |
| Petra Contracting<br>23133 W. Hammond Lane<br>Buckeye, AZ 85326-6159 | Ram Engineering<br>c/o Ricker Atkinson McBee, et al.<br>2105 S. Hardy Drive, Ste. 13<br>Tempe, AZ 85282-1924 | Randolph O. Persson<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 |

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Romano R Cionni, Sr.<br>Donna J. Cionni<br>3712 County Highway 15<br>Rayland, OH 43943-7911 | Romano R. Cionni Sr. and Donna J. Cionni<br>7555 E. Redfield Rd.<br>Scottsdale, AZ 85260-3403 |
| Romano R. Cionni, Sr.<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., # 631<br>Phoenix, AZ 85012-1520 | Rose M. Persson<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 | Seagrove, LLC<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 |
| Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL 60604-2908 | State Resources<br>4848 South 131 Street<br>Omaha, NE 68137-1822 | Stearns Bank NA<br>Assignee of DFIC Receiver for<br>Copper Star Bank<br>7555 E Redfield Road<br>Scottsdale AZ 85260-3403 |
| Sunrise Bank<br>2777 East Camelback Road<br>Phoenix, AZ 85016-4347 | Sunrise Bank of Arizona c.o John T. Haarala<br>200 N. Washington Square, Ste. 320<br>Lansing, Michigan 48933-1313 | Thomas McK. Hazlett<br>Hazlett Law Offices<br>185 West Main Street<br>Saint Clairsville, OH 43950-1157 |
| United States Attorney<br>303 Marconi Blvd., Suite 200<br>Columbus, OH 43215-2326 | Donna J. Cionni<br>3712 County Highway 15<br>Rayland, OH 43943-7911 | Romano R Cionni Sr.<br>3712 County Highway 15<br>Rayland, OH 43943-7911 |
| Thomas McK Hazlett<br>185 W Main St<br>Saint Clairsville, OH 43950-1157 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvencies
P O Box 21126
Philadelphia, PA  19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citibank, NA | (u)Stearns Bank, NA | (u)Romano R Cionni, Sr. and Donna J. Cionni |

End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48