**UNITED STATES BANKRUPCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:                                                :
                                                      :   Case No.  10-63941
ROMANO R. CIONNI, SR.                                 :   Chapter 11
DONNA J. CIONNI                                       :   Judge Hoffman
                                                      :
        Debtors.                                      :

**WITHDRAWAL OF (1) ROMANO R. CIONNI, SR. AND DONNA J. CIONNI'S DISCLOSURE STATEMENT, DATED APRIL 29, 2011 (DOC. 59) AND OF (2) ROMANO R. CIONNI, SR. AND DONNA J. CIONNI'S PLAN OF REORGANZIATION, DATED APRIL29, 2011 (DOC. 60)**

Now comes Romano R. Cionni, Sr., and Donna J. Cionni, the debtors and debtors-in-possession (the "Debtors"), and hereby withdraw (1) Romano R. Cionni, Sr., and Donna J. Cionni's Disclosure Statement, Dated April 29, 2011 (Doc. 59) and (2) Romano R. Cionni, Sr., and Donna J. Cionni's Plan of Reorganization, Dated April 29, 2011 (Doc. 60). An Amended Disclosure Statement and an Amended Plan will be filed within the next 60 days.

                                        Respectfully submitted,


                                            /s/ Myron N. Terlecky
                                        Myron N. Terlecky (0018628)
                                        Strip, Hoppers, Leithart,
                                        McGrath & Terlecky Co., LPA
                                        575 South Third St.
                                        Columbus, OH  43215
                                        Telephone  (614) 228-6345
                                        Facsimile  (614) 228-6369
                                        Attorneys for Debtors

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 9, 2011, a copy of the foregoing WITHDRAWAL OF (1) ROMANO R. CIONNI, SR. AND DONNA J. CIONNI'S DISCLOSURE STATEMENT, DATED APRIL 29, 2011 (DOC. 59) AND OF (2) ROMANO R. CIONNI, SR. AND DONNA J. CIONNI'S PLAN OF REORGANZIATION, DATED APRIL29, 2011 (DOC. 60) was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- United States Trustee
- Daniel Craine
- Thomas McK Hazlett
- Dennis R Williams
- Holly N Wolf

and by **ordinary U.S. Mail** addressed to the Debtors and all creditors and parties in interest as set forth on the attached mailing matrix

    /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:10-bk-63941<br>Southern District of Ohio<br>Columbus<br>Wed Jun  8 10:55:22 EDT 2011 | Casco Bay Financial Co., LLC<br>c/o Daniel J. Quigley<br>Rusing & Lopez P.L.L.C.<br>6262 North Swan Road, Suite 100<br>Tuscon, AZ 85718-3600 | EMC Mortgage Corporation<br>JP Morgan Chase Bank, NA<br>Chase Records Center<br>Mail Cod LA4-5555 700 Kansas Lane<br>Monroe, LA 71203 |
| Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | State Resources Corp.<br>4848 S. 131st<br>Omaha, NE 68137-1822 | United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 |
| AAA Financial Services<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Alica M. Pfeffer<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Casco Bay Financial Co. LLC<br>c/o Daniel J. Quigley, Esq.<br>2730 E. Broodway, Ste. 160<br>Tucson, AZ 85716-5384 | Chase Auto Finance<br>PO Box 901032<br>Fort Worth, TX 76101-2032 |
| Citi Card<br>111 Sylvan Avenue<br>Englewood Cliffs, NJ 07632-1514 | Coolidge Property First Mtg.<br>Coolidge Gateway Manor<br>8485 E. Dixileta Dr., Stuido A<br>Scottsdale, AZ 85266-2213 | Coolidge Property First Mtg. LLC<br>8485 E. Dixileta Dr., Studio A<br>Scottsdale, AZ 85266-2213 |
| Coolidge Property First Mtg., LLC<br>Coolidge Gateway Manor<br>8485 E. Dixileta Drive, Stuidio A<br>Scottsdale, AZ 85266-2213 | Copper Star Bank<br>20565 North 19th Avenue<br>Phoenix, AZ 85027-3563 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH  430543025 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Douglas L. Pfeffer<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 | EMC Mortgage<br>PO Box 293150<br>Lewisville, TX 75029-3150 |
| FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK  731248809 | Hilton Financial Corp.<br>11024 N. 28th Street, Ste. 170<br>Phoenix, AZ 85028 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LSC<br>6560 Greenwood Plaza, #325<br>Englewood, CO 80111-7104 | Parkvale Bank<br>4220 William Penn Highway<br>Monroeville, PA 15146-2734 | Parkvale Savings Bank<br>4220 William Penn Highway<br>Monroeville, PA 15146-2774 |
| Petra Contracting<br>23133 W. Hammond Lane<br>Buckeye, AZ 85326-6159 | Ram Engineering<br>c/o Ricker Atkinson McBee, et al.<br>2105 S. Hardy Drive, Ste. 13<br>Tempe, AZ 85282-1924 | Randolph O. Persson<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 |

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Romano R Cionni, Sr.<br>Donna J. Cionni<br>3712 County Highway 15<br>Rayland, OH 43943-7911 | Romano R. Cionni Sr. and Donna J. Cionni<br>7555 E. Redfield Rd.<br>Scottsdale, AZ 85260-3403 |
| Romano R. Cionni, Sr.<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., # 631<br>Phoenix, AZ 85012-1520 | Rose M. Persson<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 | Seagrove, LLC<br>c/o Constance E. Sutton, Esq.<br>5025 N. Central Ave., #631<br>Phoenix, AZ 85012-1520 |
| Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL 60604-2908 | State Resources<br>4848 South 131 Street<br>Omaha, NE 68137-1822 | Stearns Bank NA<br>Assignee of DFIC Receiver for<br>Copper Star Bank<br>7555 E Redfield Road<br>Scottsdale AZ 85260-3403 |
| Sunrise Bank<br>2777 East Camelback Road<br>Phoenix, AZ 85016-4347 | Sunrise Bank of Arizona c.o John T. Haarala<br>200 N. Washington Square, Ste. 320<br>Lansing, Michigan 48933-1313 | Thomas McK. Hazlett<br>Hazlett Law Offices<br>185 West Main Street<br>Saint Clairsville, OH 43950-1157 |
| United States Attorney<br>303 Marconi Blvd., Suite 200<br>Columbus, OH 43215-2326 | Donna J. Cionni<br>3712 County Highway 15<br>Rayland, OH 43943-7911 | Romano R Cionni Sr.<br>3712 County Highway 15<br>Rayland, OH 43943-7911 |
| Thomas McK Hazlett<br>185 W Main St<br>Saint Clairsville, OH 43950-1157 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvencies
P O Box 21126
Philadelphia, PA  19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citibank, NA | (u)Stearns Bank, NA | (u)Romano R Cionni, Sr. and Donna J. Cionni |

```
End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48
```