**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 07, 2011**

_____

### UNITED STATES BANKRUPCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Romano R. Cionni, Sr., and | : | Case No. 10-63941 |
| Donna J. Cionni, | : | Chapter 11 |
| | : | |
| Debtors. | : | Judge Hoffman |

**ORDER SCHEDULING AN EXPEDITED HEARING ON THE
(A) MOTION BY DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER APPROVING THE AGREED ORDER (1) AUTHORIZING THE INTERIM USE OF CASH COLLATERAL REGARDING THE SECURITY INTEREST OF STATE RESOURCES CORP.; (2) AUTHORIZING THE CONTINUING USE OF CASH COLLATERAL REGARDING THE SECURITY INTEREST OF STATE RESOURCES CORP.; AND (3) GRANTING ADEQUATE PROTECTION TO STATE RESOURCES CORP. WITH RESPECT TO ITS SECURITY INTEREST (DOC. 89)**

**AND**

**(B) MOTION BY DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER (1) AUTHORIZING THE INTERIM USE OF CASH COLLATERAL REGARDING THE SECURITY INTEREST OF PARKVALE SAVINGS BANK; (2) AUTHORIZING THE CONTINUING USE OF CASH COLLATERAL REGARDING THE SECURITY INTEREST OF PARKVALE SAVINGS BANK; AND (3) GRANTING ADEQUATE PROTECTION TO PARKVALE SAVINGS BANK WITH RESPECT TO ITS SECURITY INTEREST (DOC. 90)**

**(RELATED TO MOTION FOR EXPEDITED HEARING; DOC. 91)**

This matter comes before the Court upon the Motion by Romano R. Cionni, Sr., and Donna J. Cionni, the Debtors and Debtors-in-Possession (the "Debtors") in this Chapter 11 case, for an Order pursuant to Local Bankruptcy Rule 9073-1 scheduling an expedited hearing on the following Motions:

A. the *Motion by Debtors and Debtors-In-Possession for an Order Approving the Agreed Order (1) Authorizing the Interim Use of Cash Collateral Regarding the Security Interest of State Resources Corp.; (2) Authorizing the Continuing Use of Cash Collateral Regarding the Security Interest of State Resources Corp.; and (3) Granting Adequate Protection to State Resources Corp. with respect to its Security Interest* (Doc. 89) (the "State Cash Collateral Motion"), filed by the Debtors on July 7, 2011; and

B. the *Motion by Debtors and Debtors-In-Possession for an Order (1) Authorizing the Interim Use of Cash Collateral Regarding the Security Interest of Parkvale Savings Bank; (2) Authorizing the Continuing Use of Cash Collateral Regarding the Security Interest of Parkvale Savings Bank; and (3) Granting Adequate Protection to Parkvale Savings Bank with respect to its Security Interest* (Doc. 90) (the "Parkvale Cash Collateral Motion"), filed by the Debtors on July 7, 2011.

The Debtors' Motion for Expedited Hearing was filed on July 7, 2011 ("Motion for Expedited Hearing") (Doc. 91).

The Court has considered the information in the Debtors' State Cash Collateral Motion, Parkvale Cash Collateral Motion and Motion for Expedited Hearing and finds that it is appropriate to grant the Motion for Expedited Hearing.

It is therefore ORDERED and DECREED that the Debtors' Motion for Expedited Hearing shall be, and it hereby is, granted; and it is further

ORDERED and DECREED that the Court will conduct an expedited hearing on the State Cash Collateral Motion and the Parkvale Cash Collateral Motion. The expedited hearing will be held on **Wednesday, July 20, 2011, at 8:00 a.m.**, in Courtroom A, 5th Floor, United States Bankruptcy Court, 170 North High Street, Columbus, OH 43215; and it is further

ORDERED and DECREED that written objections to the State Cash Collateral Motion or the Parkvale Cash Collateral Motion shall be filed no later than July 19, 2011 at 4:00 p.m., and it is further

ORDERED and DECREED that counsel for the Debtors shall serve the Notice of the expedited hearing that was attached to the Motion for Expedited Hearing in the manner described in the Certificate of Service attached to the Notice, that is, by regular U.S. Mail as well as by facsimile, telephone, and/or e-mail to the Debtors, the Office of the U.S. Trustee, those parties who have entered an appearance in this case, State Resources Corp., Parkvale Savings Bank, and the Twenty Largest Unsecured Creditors. A copy of the Notice and Certificate of Service shall be filed with the Court showing the date of the service of the Notice. Such service shall be completed no later than 5:00 p.m., Friday, July 8, 2011.

IT IS SO ORDERED.

SUBMITTED BY:

　/s/　James A. Coutinho
Myron N. Terlecky (0018628)
James A. Coutinho (0082430)
Strip Hoppers Leithart McGrath & Terlecky Co., L.P.A.
575 South Third Street
Columbus, OH 43215
Telephone:　(614) 228-6345
Facsimile:　(614) 228-6369
Proposed Attorneys for the Debtor-In-Possession

Copies to Default List.

# # #

```
United States Bankruptcy Court
                              Southern District of Ohio
In re:                                                               Case No. 10-63941-jeh
Romano R Cionni                                                      Chapter 11
Donna J. Cionni
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0648-2          User: gordonl                Page 1 of 1                  Date Rcvd: Jul 08, 2011
                              Form ID: pdf01               Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
dbpos          +Donna J. Cionni,    3712 County Highway 15,    Rayland, OH 43943-7911
dbpos          +Romano R Cionni, Sr.,    3712 County Highway 15,    Rayland, OH 43943-7911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**                    **Signature:**    *Joseph Speetjens*